RECEIVED
DEC 09 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Judge Bremer,

  I am Aaron J. Collins. Judge you were One of the Judges on My Case! It was a 1983!

  My Case had gotten Dismissed Because I didn't Check in, But Judge, the lawyer that I had for My Repesentation Never Checked in and he knew were I was, But he NEVER Done his Job!

  Chapter 32:1.4 Communication

(a) A lawyer shall:

(1) Promptly inform the Client of any decision or Circumstance with Respect to which the Client's informed consent, as defined in Rule 32:1.0(e), is required by these Rules;

(2) Reasonably Consult with the about the Means by which the client's objectives are to be accomplished;

(3) Keep the Client reasonably informed about the Status of the Matter;

(4) promptly Comply with reasonable requests for information; and

(5) Consult with the client about any relevant limitation on the lawyer's Conduct when the lawyer knows that the client expect assistance Not permitted by the Iowa Rules of professional conduct or other laws!

(B) A lawyer shall explain a Matter to the extent reasonably necessary to permit the client to

Make informed decisions regarding the representation.

My attorney knew I had No phone, I had No other Means of Communication, I told My attorney that I would be @ this address which was 1117 22st, Des Moines, Ia 50315! My lawyer NEVER SENT Mail to this address and twice a week I Checked in to this address!

Do to lack of Communication from my lawyer, My Case was thrown out!

Please, Can Judge Bremer, I would like My 1983 Federal Case to be Reinstated as of Dec 5th 2021!

554-4CC1-1308 w/p I feel My Federal Right have be Violated, for My Attorney eather gotten paid to throw my Case or His lack of Communication.

Thank you!

Cerrony John Cotton

Dec 5th 2021

# A Lawyer's Responsibilities

## Chapter 32 Iowa Rules of Professional Conducts!

### Rule 32:1.1 Competence!

A lawyer shall provide competent representation to a client. Competent representation requires the legal knowledge, skill, thoroughness, and preparation reasonably necessary for the representation.

### Rule 32:1.3 Diligence!

A lawyer shall act with reasonable diligence and promptness in representing a client.

### Rule 32:1.4 Communication!

(a) a lawyer shall:
(1) promptly inform the client of any decision or circumstances with respect to which the client's informed consent, as defined in Rule 32:1.0 (e), is required by these Rules;
(2) reasonably consult with the client about the means by which the client's objective are to be accomplished;
(3) keep the client reasonably informed about the status of the matters;
(4) promptly comply with reasonable requests for information; and
(5) consult with the client about any relevant limitation on the lawyer's conduct when the lawyer knows that the clients expects assistance not permitted by the Iowa Rules of Professional Conduct



or other law."

(B) A lawyer shall explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation.

# Reasonable Communication between the lawyer and the client is Necessary for the Client effectively to participate in the representation.

Rules 32:1.5 · Fees!
Rules 32:1.6 Confidentiality of Information!

# Judge My attorney violated everyone of these Rules.

I want My attorney looked @ ed!

Google!
officers who addicd and planned a hit on an inmate @ Polk County Jail.
My names Aaron J. Collins

Aaron J. Collins
1550 "L" Street
Fort Dodge, Ia 50501

CLEARED BY U.S.M.S.

Bremmer
Federal Clerk of Courts
123 E. Walnut St.
Des Moines, Ia 50309

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections