IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AARON J. COLLINS,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVIS ANDERSON and HUNTER WISSINK,<br><br>    Defendants. | **No. 4:18-cv-00163–JEG-CFB**<br><br>**ORDER** |

Plaintiff Aaron J. Collins brought a pro se complaint under 42 U.S.C. § 1983 that was dismissed by the Court in February 2020 for failure to prosecute.   Order, ECF No. 91.   Collins now writes to the Court asking for his case to be reinstated because his attorney did not adequately communicate with him.   ECF No. 95 at 2.

Before the case was dismissed, Magistrate Judge Celeste F. Bremer directed Collins to personally participate in a status conference.   *See* Report and Recommendation 2, ECF No. 89. Magistrate Judge Bremer warned Collins the case could be dismissed if he did not attend.   *Id*. A copy of the order to attend was personally served on Collins at the Polk County Courthouse. *See* Aff. of Service 1, ECF No. 83-1.   Collins did not appear at the status conference, nor did he notify the Court, the Clerk of Court, or his counsel that he would not appear.   ECF No. 89 at 4. Magistrate Judge Bremer found Collins willfully violated the Court's order and recommended the case be dismissed as a sanction for violating this order.   *Id*. at 6.   A copy of the Report and Recommendation was mailed to Collins at his address at 1117 22nd Street, Des Moines, IA 50311.   *Id*.   This is the same address given by Collins in the instant motion.   *See* ECF No. 95 at 2.[1]

---

[1] The address provided by Collins in his motion to reinstate his case lists the zip code as 50315.   *See* ECF No. 95 at 2.   The Court, however, used the zip code 50311 for this address, which is the same zip code listed by the United States Postal Service.   *See* https://tools.usps. com/zip-code-lookup.htm?byaddress (last visited Dec. 14, 2021).

Collins does not explain why he waited twenty months to bring this motion to reinstate the case.   Nor does Collins provide any other basis for reopening his case.

The motion to reinstate the case, ECF No. 95, is **DENIED**.

**IT IS SO ORDERED**.

Dated this 15th day of December, 2021.

JAMES E. GRITZNER, Senior Judge
U.S. DISTRICT COURT